

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00836-CV

**IN THE MATTER OF J.I.T.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-JUV-01954
The Honorable Carmen Kelsey,[1] Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 10, 2013.

_____
Rebeca C. Martinez, Justice

---

[1] Associate Judge Irma D. Hernandez presided over the October 18, 2012 hearing.